**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE TAIPEI DISTRICT COURT IN TAIPEI, TAIWAN IN THE MATTER OF JOHN CHEYU WU V. YING TUNG CHEN | Case No. _____ |

/

### *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Krysta M. Stanford, Trial Attorney, at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining financial records from Vanguard Group Inc. ("Vanguard"). Certain evidence has been requested by the Taipei District Court in Taipei, Taiwan ("Taiwanese Court"), pursuant to a letters rogatory request issued by the Taiwanese Court in connection with a civil judicial proceeding captioned *John Cheyu Wu v. Ying Tung Chen*, Foreign Reference Number 111 Family Property Litigation No. 13.

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated:   February 25, 2026              Respectfully submitted,

                                        DAVID METCALF
                                        United States Attorney

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        BRENNA E. JENNY
                                        Deputy Assistant Attorney General
                                        United States Department of Justice, Civil Division

                              By:       /s/ Krysta M. Stanford
                                        KRYSTA M. STANFORD
                                        Trial Attorney
                                        United States Department of Justice, Civil Division
                                        Office of Foreign Litigation
                                        Office of International Judicial Assistance
                                        1100 L Street NW, Room 8024
                                        Washington, DC 20530
                                        Telephone: 202-353-2148
                                        Email: Krysta.M.Stanford@usdoj.gov